MAURICE WALTER, Respondent, *v.* ALEXANDER M. CRANE, Appellant.

(Argued March 17, 1936; decided April 15, 1936.)

*George R. Fearon* and *Alexander M. Crane,* in person, for appellant.

*John J. Dillon* and *William D. Cunningham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.